WOOD et al., Respondents, v. HARVEY, Sheriff, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Rawson L. Wood and others against Herbert S. Harvey, as Sheriff, etc. J. J. Trapp, for appellant. C. S. Mackenzie, for respondents.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to

abide event, unless plaintiffs stipulate to reduce verdict to $275, with interest from date of entry of judgment, May 13, 1909, in which event the judgment, as so reduced, and the order appealed from, will be affirmed, without costs. Settle order on notice.